# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>DEFENDERS, INC. d/b/a PROTECT YOUR HOME, SUGAR VENTURES, LLC, FREDERICK T. HICKERSON III and STERLING SILVER ASSETS CORP.<br>    Defendants. | Case No. 1:18-cv-02794<br><br>Honorable John Robert Blakey<br><br>Magistrate M. David Weisman |

## STIPULATION OF DISMISSAL

The plaintiffs file this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case, with each side bearing its own costs. None of the rights of any putative class members other than the plaintiffs have been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 27th day of December, 2018.

| | | |
|---|---|---|
| By:*/s/ Anthony Paronich*<br>Anthony Paronich<br>**BRODERICK & PARONICH, P.C**.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>(617) 738-7080<br>Fax (617) 830-0327<br>anthony@broderick-law.com<br><br>*Counsel for Plaintiff* | By: */s/ Jeffrey N. Rosenthal*<br>Jeffrey N. Rosenthal<br>**BLANK ROME LLP**<br>One Logan Square<br>130 N. 18th Street<br>Philadelphia, PA 191013<br>(215) 569-5553<br>Fax: (215) 832-5553<br>Rosenthal-j@blankrome.com<br><br>*Counsel for Defendant Sugar Ventures, LLC* | By: */s/ Isaac J. Colunga*<br>Isaac J. Colunga<br>**ICE MILLER LLP**<br>200 West Madison Street<br>Suite 3500<br>Chicago, IL 60606<br>(312) 726-7157<br>isaac.colunga@icemiller.com<br><br>*Counsel for Defenders, Inc. d/b/a Protect Your Home* |

## CERTIFICATE OF SERVICE

I, Anthony Paronich, hereby certify that on December 27, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich